**ROSEN KAROL SALIS, PLLC**
ATTORNEYS AT LAW
110 East 59th Street, 23rd Floor
New York, New York 10022
(212) 644-6644 (Main)
(212) 644-3344 (Fax)

RICHARD L. ROSEN
LEONARD S. SALIS
JOHN A. KAROL□

DENNISON D. MARZOCCO□
BRIAN C. LOOSER
*ASSOCIATES*

STACY L. WEISS◊
*OF COUNSEL*

□ MEMBERS NY AND NJ BARS
◊ NJ BAR

July 16, 2026

**VIA ECF**
U.S. Dist. Judge Jessica G.L. Clarke
United States District Court
Southern District of New York
Charles L. Brieant Jr. Courthouse
300 Quarropas Street, Courtroom 320
White Plains, NY 10601

**MEMO ENDORSED**

**Re:** ***Flower v. Kelly, et al.*, Docket No. 7:26-CV-04477**
**Plaintiff's Response and Consent to Letter Motion by Defendants**

Dear Judge Clarke:

We represent Plaintiff Peter Flower in the above-referenced action. We write in response to the letter application by Defendants (DE 19) for an extension, and grant our consent.

We filed our letter (DE 18) as a required notice pursuant to Your Honor's Ind. P. Rule (IP) 4(e), which required us to *inter alia* file a notice (1) as to whether we intended to file an amendment, and (2) when we were going to file it. See IP 4(e). We did so. Any suggestion that we had to confer in advance with Defendants prior to filing it seems incorrect to us, but had Defendants conferred with us regarding their subsequent request for an extension (DE 19) (they did not confer with us), they would have learned we would have granted it upon consent.

We also agree that our letter notice under IP 4(e) obviates the need for Mr. Kelly to respond to the current pleading (as it will be amended). That seems to be the logical purpose of the rule. To the extent necessary, we consent.

We also are fine with granting Defendants additional time to file their anticipated response to Plaintiff's Amended Complaint through and until Sept. 11, 2026. We also note that it appears that significant motion practice is contemplated. As such, we respectfully request that Defendants confer with us on an appropriate briefing schedule if motions are indeed brought.

As such, Defendants' application is upon consent.

In the alternative, we request all such additional relief as may be just and equitable under the circumstances. We thank the Court for its time and attention to this matter. Have a good evening to all.

Respectfully Submitted,

ROSEN KAROL SALIS, PLLC

By: ______*/s/John A. Karol*____
John A. Karol, Esq.
*Attorney for Plaintiff*

CC: All Parties Via ECF

The Court has reviewed the parties' letters at ECF Nos. 18-20 and, per the parties' apparent consent, sets the following schedule. Plaintiff's amended complaint shall be due on August 6, 2026. Defendant Kelly's deadline to respond to the Complaint is adjourned to September 11, 2026, when Defendant Kelly and Morris Communications Company, LLC shall answer or otherwise respond to the amended complaint. Given Plaintiff's stated intent to amend the complaint, the Court HEREBY DENIES the motion to transfer and motion to dismiss at ECF No. 13 as moot.

Any further extension requests must comply with the Court's Individual Rules and Practices in Civil Cases and state, *inter alia*, whether the adversary consents and, if not, the reasons given by the adversary for refusal to consent.

The Clerk of Court is directed to terminate ECF Nos. 13 and 19.

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge

Dated: July 17, 2026
White Plains, New York